No. 75–604.  CALDWELL, AKA MORGAN, ET AL. v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 75–612.  QUICKSEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–619.  MANN ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–620.  NEIDORF ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–640.  FRANK v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 75–706.  ADOLPH COORS CO. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 75–730.  RETAIL CREDIT CORP. ET AL. v. HOKE. C. A. 4th Cir.  Certiorari denied.

No. 75–732.  KFC NATIONAL MANAGEMENT CO. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 75–745.  CHAYES VIRGINIA CORP. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 75–768.  BURGWIN ET AL. v. MATTSON ET AL. C. A. 9th Cir.  Certiorari denied.

No. 75–779.  JACK v. BLACK, JUDGE.  C. A. 4th Cir. Certiorari denied.